FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 1 6 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR280-MEF |
| | ) | [18 USC 1028 (a)(6); |
| ~~JOSE VASQUES-MARTINES~~ | ) | 42 USC 408(a)(7)(B)] |
| FAUSTINO ROMAN-MORALES | ) | |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 24, 2006, in the Middle District of Alabama,

~~JOSE VASQUES-MARTINES,~~
**FAUSTINO ROMAN-MORALES**

did knowingly possess an identification document that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 2

On or about October 24, 2006, in the Middle District of Alabama, the defendant,

~~JOSE VASQUES-MARTINES,~~
**FAUSTINO ROMAN-MORALES**

did knowingly buy or sell a card that is or purports to be a Social Security card issued by the Secretary, counterfeited a Social Security card, and possessed a counterfeit Social Security card with intent to sell it, in violation of Title 42, United States Code, Section 408(a)(7)(B).

** NAME AMENDED ON 1/9/07 PER ORDER OF COURT DOC. #19.



A TRUE BILL:

*[signature: Jamice Dams Williams]*
Foreperson

*[signature: Leura G. Canary]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature: Stephen P. Feaga]*
Stephen P. Feaga, Sr.
Assistant United States Attorney