IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  2:06-cr-280-MEF |
| ) | |
| JOSE VASQUES-MARTINES  ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____   Crime of violence (18 U.S.C. 3156)

    _____   Maximum sentence of life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in the above categories

    \_\_X\_\_   Serious risk the defendant will flee

    _____   Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    \_\_X\_\_   Defendant's appearance as required

    _____   Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____  Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____  Previous conviction for "eligible" offense committed while on pretrial bond

_____  A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____  At the initial appearance

__X__  After continuance of __3__ days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this th 27TH day of November, 2006.

> LEURA GARRETT CANARY
> United States Attorney
>
> /s/ Stephen P. Feaga, Sr.
> STEPHEN P. FEAGA, SR.
> Assistant United States Attorney
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> 334.223.7280
> 334.223.7135 fax
> steve.feaga@usdoj.gov