# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10-27-2006

DIGITAL RECORDING: 11:23 - 11:35 am
11:40 - 11:47 am

- [ ] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sdd

CASE NO.: 2:06CR280-MEF
DEFT. NAME: Jose BASQUES-MARTINES

USA: Feaga
ATTY: Robin Conrad
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does ____ does NOT need an interpreter

Interpreter present ____ NO ✓ YES    NAME: Beverly Childress

- [x] kars.   Date of Arrest 11-21-06 or [ ] karsr40
- [x] kia.   Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.   Deft. First Appearance with Counsel
- [ ]    Deft. First Appearance without Counsel
- [x]    Requests appointed Counsel  [x] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff.   Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted   ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
- [ ] k20appt.   Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [x]    Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.   Detention Hearing [ ] held; [ ] set for _____
- [ ] kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls.   Release order entered. Deft. advised of conditions of release
- [ ] kbnd.   [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- [ ]    [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- [ ]    Preliminary Hearing [ ] Set for _____
- [ ] ko.   Deft. ORDERED REMOVED to originating district
- [ ] kwvprl.   Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [x] karr.   ARRAIGNMENT SET FOR: _____ [x] HELD. Plea of NOT GUILTY entered.
- [x]    Set for 1-8-07 Trial Term; [x] PRETRIAL CONFERENCE DATE: _____
     DISCOVERY DISCLOSURES DATE: 11-27-06
- [ ] krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [ ] kwvspt   Waiver of Speedy Trial Act Rights Executed