IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-280-MEF |
| | ) | |
| JOSE VASQUES-MARTINES | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on December 20, 2006 at 11:00 A.M. by conference call to be initiated by counsel for the United States.

DONE this the 14th day of December, 2006.


                                                      /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE