COURTROOM DEPUTY MINUTES                DATE:   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA              DIGITAL RECORDED:  1:35 – 1:37

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR280-MEF-CSC    **DEFENDANT NAME:** JOSE VASQUES-MARTINES

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. STEPHEN P. FEAGA | ATTY. CHRISTINE FREEMAN |

---

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** ~~None~~  M/ Detention.
INS has detainer on deft.

☑  **PLEA STATUS:** possible plea

☑  **TRIAL STATUS:** 2 days to try case

☐  **REMARKS:**