IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-280-MEF |
| | ) | |
| JOSE VASQUES-MARTINES | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JOSE VASQUES-MARTINES**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge. The Defendant's true name is Faushino Roman-Morales.

Dated this 19th day of December, 2006

Respectfully submitted;

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06-cr-280-MEF** |
| | ) | |
| **JOSE VASQUES-MARTINES** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Stephen P. Feaga, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org