IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-280-MEF |
| | ) | |
| JOSE VASQUES-MARTINES | ) | |

**MOTION TO AMEND THE INDICTMENT TO CHANGE
THE NAME OF THE DEFENDANT TO "FAUSTINO ROMAN-MORALES"**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and requests that the Court grant this Motion to Amend Indictment to Change the Name of the Defendant to "FAUSTINO ROMAN-MORALES", and as grounds states as follows:

1. Federal Rules of Criminal Procedure, Rule 7(e) allows the Court to amend an indictment at any time before the verdict or finding, "Unless an additional or different offense is charged or a substantial right of the defendant is prejudiced" 7(e) F.R.Cr.P.

2. The indictment in this case has the defendant's name as "JOSE VASQUES-MARTINES".

3. The government was made aware on or about November 27, 2006, that the Defendant's correct name is "FAUSTINO ROMAN-MORALES".

4. The government respectfully requests that the Court permit the amendment of the Indictment to reflect the Defendant's correct name of "FAUSTINO ROMAN-MORALES".

5. No additional offense will be charged and no substantial right of the defendant will

      be prejudiced by such amendment.

6.      The Defendant does not object to the amendment.

Based on the above, the Government requests that the Court grant leave to amend the Indictment to reflect the Defendant's correct name of "FAUSTINO ROMAN-MORALES".

Respectfully submitted this the 21st day of December, 2006.

      LEURA GARRETT CANARY
      UNITED STATES ATTORNEY

      /s/ Stephen P. Feaga, Sr.
      STEPHEN P. FEAGA, SR.
      Assistant United States Attorney
      Post Office Box 197
      Montgomery, Alabama 36101-0197
      334.223.7280
      334.223.7135   fax
      steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-280-MEF |
| | ) | |
| JOSE VASQUES-MARTINES | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135   fax
steve.feaga@usdoj.gov