| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 27 2006 | FTR RECORDING: 9:59 - 10:12 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Reisner | |

☐ ARRAIGNMENT     ✓ CHANGE OF PLEA     ☐ CONSENT PLEA

☐ RULE 44(c) HEARING     ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 2:06CR280-MEF-CSC | DEFENDANT NAME: JOSE VASQUES-MARTINES |
| AUSA: STEPHEN P. FEAGA | DEFENDANT ATTY: CHRISTINE FREEMAN |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO |
| USPTS/USPO: | |
| Defendant ___ does ___ does NOT need and interpreter. Name: Beverly Childress | |

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

✓ Guilty as to:  ✓ Count(s) 2 of the **Indictment.**

✓ Count(s) 1  ☐ dismissed on oral motion of USA;

✓ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   ✓ Written plea agreement filed.   ☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued  ☐ Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:  ☐ Trial on _____;

☐ Sentencing on _____;  ☐ to be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ✓ Sentencing on _____  ✓ Set by separate Order.