IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-280-MEF |
| ) | |
| JOSE VASQUES-MARTINES ) | |

## **O R D E R**

Upon consideration of the government's Motion to Amend the Indictment to Change the Name of the Defendant to "Faustino Roman-Morales" (Doc. #15) filed without objection on December 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

The Clerk of Court is DIRECTED correct the indictment to reflect the defendant's name of FAUSTINO ROMAN-MORALES.

DONE this the 9th day of January, 2007.

                                                /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE