IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-280-MEF |
| | ) | |
| FAUSTINO ROMAN-MORALES | ) | |

## **O R D E R**

Upon consideration of Defendant's Unopposed Motion for Expedited Sentencing (Doc. #22) filed on February 27, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for May 31, 2007 is rescheduled for April 6, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama..

DONE this the 26th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE